Order issued October | , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00718-CV

**PENNY YATES, Appellant**

V.

**SOUTH HAMPTOM COMMUNITY HOSPITAL, Appellee**

## ORDER

We **GRANT** appellant's September 17, 2012 motion for an extension of time to file an amended brief **to the extent** that appellant shall file her amended brief **within thirty days of the date of this order**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE